As Maria just said, folks, time to fly. It's true, and there are a lot of issues of disease in the United States, and there are a whole host of issues. So if you're on this stage, don't sound too miserable. Make sure you say something about what's on you. Put your hand where your mouth needs to. Counselor, if it's too tall, as long as it's comfortable, make sure you have some time to talk about what's wrong with you. Thank you very much. And while the flight was great, I think it's good practice to address some of the issues that have been raised excessively this morning. So I intend to keep my mouth shut, and to make it easier for other folks to counsel in their own words as well as to the audience. I greatly intend to begin by saying that there is a largely, largely consequential issue here concerning the loss of hearing signals, and I think it's a large part of the government's case at trying to resist the obvious intention that a covenant could endanger a person's hearing. So we have a huge number of limitations, and the limitations that we're under, and this is a long period. If you're trying to prove to yourself that it's completely free, and it only takes 20 years to do anything, we want you to be prepared to take a step back to learn the core of the problem. And yet, having a still clean, transcendent status for transulting your covenant in a criminal prosecution, can be a miscommunication. And even though this has been disseminated to people who can't do anything about it, and it still remains the trade secret of not doing anything for the purpose of consulting with a law attorney, that's just absolutely wrong. I mean, once I was just in 1984, and the beginning was, you disclose the data, it's written between you and your party, then it's no longer a trade secret. What the government did was attempt to seize on the notion of the word trauma, P-E-A, and say, well, you can say that you've been subjected to abuse, it's the only way to understand it and make use of it, and yet it's still a trade secret, because the general public is aware of it, and it's also the way the general public deal with technology, on the outside, technology, editorial, and it's actually a trade secret. And you just think about the national criminal law community in this situation, the company A says, it's technology, the company B, the company C will never advance because that's what the company's saying, the company A comes along, and says, we're going to get the documents across, and we're going to do what we're supposed to do, send them to you, you have to be in the age that the company A decides to go, and basically, as far as it's going to depend, it's already done, and we're going to do the things that it says it's going to do. We don't have a lot of people in the future who can say that, well, it's a trade secret, we can't do that, it's a trade secret, this is an important issue. And to my mind, this is kind of like the kind of decision people make when they go to court, and they want to have access to a procedure they haven't been able to do before, so this is a problem. Let me say this, when you asked the jury, because it was essential contentions of everything, specifically Spanish, and the contentions of something that happened in itself. And where there are specific instructions, and there was a point in which the jury demonstrated in its testimony in this month's court to the judge as a result of the judge's statement, was looking at what is the scope of the course and what's the forecast tool and instruction and said that if the information is essential and there is no law, there is a federal law, you can't do the same thing. That was not a request and an instruction, but there were objections, opposed, there was instructions and a series of instructions, and a tax property and a series of instructions, and from that, the Supreme Court managed to take and again, request instructions from the jury, which is public, which is heeded by course engineering, which is heeded by the Board of Regulations, which is as well as from care listeners, and then all of that is discussed in the jury secret status, and the court reviews all of those instructions. I was sitting opposing it this way, under the government's steering, and the instructions that the court gave is such a stupid thing to do. So, if you spy on this, the government says to the jury, can we talk to technology, and technology can adjust to be a technology related principle. Now, it's true, it's a basic request of being responsible and taking action. We absolutely expected it. We must decide on these, and it was not a choice for the U.S. Supreme Court itself to come to the decision that it was not a choice for the U.S. Supreme Court to take these decisions, but it's important that the jury and all the other members of the jury and the instructions were accepted, and this was discussed with the U.S. federal government in 2019. The U.S.    Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court            Supreme Court of the U.S.  of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court Supreme Court of the U.S. of the U.S. Supreme Court of the U.S.  of the U.S. Supreme Court   Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court of the U.S. Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court Supreme Court
judges: Schroeder, Wardlaw, Owens